**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

RICHARD DARNELL ROBINSON,                                            PLAINTIFF
ADC #147187

v.                          No. 5:11CV00167 JLH/JTR

SUMNER, Lieutenant,
Diagnostic Unit, ADC, *et al*.                                          DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, for failing to state a claim upon which relief may be granted. The dismissal constitutes a "strike," as defined by 28 U.S.C. § 1915(g). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 5th day of August, 2011.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE